IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIAWAN BRITTON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE No. 1:21-cv-01735-MHC |
| VISHAL RIVER SHOALS LLC, | ) |
| Defendant. | ) |

## ORDER

The parties having announced settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED**, this 23rd day of July, 2021.

_____
Hon. Mark H. Cohen
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.