IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIAWAN BRITTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:21-cv-01735-MHC |
| VISHAL RIVER SHOALS LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tiawan Britton and Defendant Vishal River Shoals LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: August 30, 2021.

Respectfully submitted,

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/J. Patrick O'Brien
J. Patrick O'Brien
Georgia Bar No. 548612
Michael B. Pugh
Georgia Bar No. 150170
William J. Diehl
Georgia Bar No. 213998
Thompson, O'Brien, Kemp & Nauti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

## CERTIFICATE OF SERVICE

I certify that on August 30, 2021, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

J. Patrick O'Brien, Esq.
William J. Diehl, Esq.
Michael B. Pugh, Esq.
Thompson, O'Brien, Kemp & Nauti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
Tel: (470) 554-7937
wdiehl@tokn.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule

2

5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich